UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :    **SUPERSEDING**
UNITED STATES OF AMERICA            :    **INDICTMENT**
                                        :
   - v. -                       :    S1 07 Cr. 1158 (LBS)
                                        :
LUKA GRISHAJ,
RAMON URIBE,
CHRISTOPHER BAEZ,
ALEXANDER AMPARO, and
RAUL PENA,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - x



COUNT ONE

The Grand Jury charges:

1. From at least in or about April 2007 through on or about August 16, 2007, in the Southern District of New York and elsewhere, LUKA GRISHAJ, RAMON URIBE, CHRISTOPHER BAEZ, ALEXANDER AMPARO and RAUL PENA, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that LUKA GRISHAJ, RAMON URIBE, CHRISTOPHER BAEZ, ALEXANDER AMPARO and RAUL PENA, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 100 and more marijuana plants, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. In or about June 2007, LUKA GRISHAJ, the defendant, traveled to a location in Yonkers, New York, where marijuana was being grown.

b. In or about August 2007, RAMON URIBE, the defendant, traveled to a location in Queens, New York, where marijuana was being grown.

c. In or about August 2007, CHRISTOPHER BAEZ, the defendant, traveled to a location in Queens, New York, where marijuana was being grown.

d. In or about August 2007, ALEXANDER AMPARO, the defendant, traveled to a location in Yonkers, New York, where marijuana was being grown.

e. In or about June 2007, RAUL PENA, the defendant, traveled to a location in Queens, New York, where marijuana was being grown.

(Title 21, United States Code, Section 846.)

Forfeiture Allegation

4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, LUKA GRISHAJ,

2

RAMON URIBE, CHRISTOPHER BAEZ, ALEXANDER AMPARO and RAUL PENA, the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of said violation.

### Substitute Asset Provision

5.   If any of the above-described forfeitable property, as a result of any act or omission of LUKA GRISHAJ, RAMON URIBE, CHRISTOPHER BAEZ, ALEXANDER AMPARO and RAUL PENA, the defendants:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of LUKA GRISHAJ,

RAMON URIBE, CHRISTOPHER BAEZ, ALEXANDER AMPARO and RAUL PENA, the defendants, up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 846 and 853.)


_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

LUKA GRISHAJ,
RAMON URIBE,
CHRISTOPHER BAEZ,
ALEXANDER AMPARO, and
RAUL PENA

Defendants.

SUPERSEDING INDICTMENT

S1 07 Cr. 1158 (LBS)

(Title 21, United States Code,
Section 846.)

MICHAEL J. GARICA
United States Attorney.

A TRUE BILL

_____
                Foreperson.