# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and Attorney-in-Chief*



**MEMO ENDORSED**

March 4, 2008

Honorable Leonard B. Sand
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 1650
New York NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-08

Re:   **United States v. Christopher Baez**
      **07 Cr. 1158 (LBS)**

Dear Judge Sand:

Last month I requested an adjournment of my notifying the Court whether I would be filing any motions. I explained that I anticipated that there would be a disposition of this case, but, if for some reason, there was not, I might move to suppress the items seized in a warrantless search of an apartment which the defendant shared with his girlfriend, Frances Estrella. I still expect there will be such a disposition. Defense counsel has been discussing the matter with the government and I expect those discussions will be concluded by the next pretrial conference which has now been adjourned until March 18th. Accordingly, I respectfully request that my decision on whether I should file a motion to suppress be extended to March 18th. The government has advised me that it has no objection to this request.

Respectfully,

Leonard F. Joy
Attorney-in-Chief
Tel.: (212) 417-8738

LFJ/ies

cc:   Eugene E. Ingoglia, Esq.
      Assistant United States Attorney

*So ordered*
*BSand 3/5/08*

**MEMO ENDORSED**